UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MATTHEW E. PIER**                                          **CIVIL ACTION**

**VERSUS**                                                   **NO. 24-2598**

**MARCUS MEYERS**                                            **SECTION "P" (2)**

### ORDER

The Court, having considered the petition (R. Doc. 1), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 20), and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Matthew E. Pier's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 (R. Doc. 1) is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 25th day of June 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE